

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

James Todd Adams,                          * From the 70th District Court
                                             of Ector County
                                             Trial Court No. A-41,084.

Vs. No. 11-15-00133-CR                     * June 8, 2017

The State of Texas,                        * Memorandum Opinion by Bailey, J.
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.